UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:  Tim Rattray                    CASE NO  19-52784

                                       CHAPTER  7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/26/2019                       Signature  /s/ Tim Rattray
                                                  Tim Rattray

Date _____            Signature _____